IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICCARDO EXFORD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:10-cv-1071-MEF |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | (WO- DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

In accordance with the notice filed with this Court on March 25, 2011 (Doc. # 27), it is hereby ORDERED that Defendant J.A. Norgard's Motion to Dismiss (Doc. # 20) is DENIED as untimely.

Done this the 28th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE