IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICCARDO EXFORD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:10-cv-1071-MEF |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | (WO- DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

It is hereby ORDERED that Defendant Officer J.A. Norgard's Motion to Amend his Answer (Doc. # 23), filed March 10, 2011 is GRANTED. Defendant Norgard must file his amended answer by April 7, 2011.

Done this the 31st day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE